PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs **Yousuf Masood**                               Docket No. 11-270

### Petition for Action on Conditions of Pretrial Release

COMES NOW **KELLY FERNANDES**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Yousuf Masood**, who was placed under pretrial release supervision by the **Honorable Madeline Cox Arelo**, sitting in the Court at 50 Walnut Street, Newark, New Jersey, **on September 7, 2010** under the following conditions:

**$300,000 bond fully secured by the available equity in the property located at 1 Chesterfield Drive, Warren, New Jersey, and additional property or cash and co-signed by two individuals approved by Pretrial Services by Friday, September 10, 2010. The following conditions are also ordered:**

1. Pretrial Services Supervision;
2. Travel restricted to the District of New Jersey, unless approved by Pretrial Services;
3. Surrender passport/travel documents and do not apply for new ones;
4. Defendant's children to surrender all passports/travel documents to Pretrial Services;
5. Maintain residence as approved by Pretrial Services;
6. Defendant may practice as doctor if client/patient is notified of pending charges.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **the defendant to participate in a mental health and drug/alcohol evaluation and/or treatment as deemed appropriate by Pretrial Services.**

ORDER OF COURT

Considered and ordered this 21st day of June, 2011 and ordered filed and made a part of the records in the above case.

_____
Faith S. Hochberg
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2011

_____
Kelly Fernandes
U.S. Pretrial Services Officer