UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| vs. | : | Criminal No. 11-00270 (JLL) |
| YOUSUF MASOOD | : | **ORDER** |

This matter having come before the Court upon a Motion for Early Termination of Supervised Release dated June 7, 2016 [Document No. 78] by Defendant Yousuf Masood, Defendant Yousuf Masood having filed a nearly identical Motion for Early Termination of Supervised Release dated September 14, 2015 [Document No. 75], which this Court denied [Document No. 77] on September 29, 2015: and

the Court having reviewed Defendant Yousuf Masood's brief and the brief of the Government in response to Defendant Yousuf Masood's September 14, 2015 motion [Document No. 76], considered the seriousness of the crime, considered Judge Brown's reasons for imposing a sentence including a 36-month term of supervised release with special conditions preventing Yousuf Masood from engaging in the practice of medicine, considered whether any change of circumstances has occurred since the time of sentencing; and

the Court having determined that the 36-month term of supervised release with special conditions remains consistent with the conduct of the defendant and in the interest of justice:

IT IS, therefore, on this 14th day of June, 2016,

ORDERED, that the Defendant's request is **DENIED**. The term of supervised release will be continued to its conclusion.

HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE